IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KATHLEEN HUDSON,   )
)
)
)
Plaintiff(s)   )
v.   )   Civil Action No.  2:20-CV-01580-CRE
)
)
SERVICE CORPORATION INTERNATIONAL,   )
)
Defendant(s)   )

## REPORT OF NEUTRAL

A  mediation  session was held in the above captioned matter on  April 20, 2021 .

The case (please check one):
    __X__ has resolved
    _____ has resolved in part (see below)
    _____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____

Dated: 04/20/2021                                             /s/ Christine T. Elzer
                                                                Signature of Neutral