IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |  |
|---|---|---|
| KATHLEEN HUDSON, | ) | |
| | ) | |
| Plaintiff, | ) | 2:20-CV-01580-CRE |
| | ) | |
| vs. | ) | |
| | ) | |
| SERVICE CORPORATION INTERNATIONAL, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

## **ORDER**

AND NOW, the court having been notified that the above-captioned case has been settled, *See* ECF No. 22 and it appearing that there is no further action required by the court at this time,

IT IS HEREBY ORDERED that the Clerk mark the above-captioned case CLOSED pending the parties filing a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and, that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if the Order had not been entered; and,

IT IS FURTHER ORDERED that all hearings and deadlines in this case are cancelled; and,

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including, but not limited to, enforcing settlement.

DATED this 21st day of April, 2021.

                                                                             BY THE COURT:

                                                                             s/Cynthia Reed Eddy  
                                                                             Chief United States Magistrate Judge